# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GEORGE SCOTT FAST,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:17-cv-00086-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before December 11, 2017; and
2. Plaintiff's reply, if any, shall be filed on or before December 26, 2017.

IT IS SO ORDERED.

Dated: **October 27, 2017**

UNITED STATES MAGISTRATE JUDGE