# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT FAST,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-00086-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 17) |

On December 12, 2017, an order issued requiring Defendant to either file a written response to an order to show cause why Plaintiff's opening brief should not be deemed unopposed or file an opposition to Plaintiff's opening brief. (ECF No. 17.) Later that same day, Defendant filed an opposition. (ECF No. 18.)

Accordingly, the order to show cause issued December 12, 2017, is HEREBY DISCHARGED and Plaintiff's reply, if any, shall be filed on or before December 27, 2017.

IT IS SO ORDERED.

Dated: **December 13, 2017**

UNITED STATES MAGISTRATE JUDGE

1