# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT FAST,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:17-cv-00086-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ASSIGN A DISTRICT COURT JUDGE |

On January 18, 2017, Plaintiff filed the present action in this court seeking review of the Commissioner's denial of an application for benefits. As Plaintiff has not consented to assignment of this action to a magistrate judge, the Clerk of the Court is directed to assign a district court judge to this action.

IT IS SO ORDERED.

Dated: __**January 22, 2018**__

UNITED STATES MAGISTRATE JUDGE

1