# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT FAST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00086-LJO-SAB<br><br>ORDER STRIKING UNSIGNED CONSENT FORM<br><br>(ECF No. 22) |

On January 29, 2018, Plaintiff filed an unsigned form consenting to the jurisdiction of a United States magistrate judge. (ECF No. 22.) Unsigned documents cannot be considered by the Court, and the consent form must be stricken from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

Accordingly, IT IS HEREBY ORDERED that the unsigned consent form (ECF No. 22) is stricken from the record. Plaintiff may file a signed consent form if he wishes to consent to the jurisdiction of a United States magistrate judge within five (5) days of the date of service of this order. Plaintiff is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: **January 30, 2018**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1