# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SCOTT FAST,<br><br>          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 1:17-cv-00086-SAB<br><br>ORDER VACATING ORDER STRIKING UNSIGNED CONSENT FORM<br><br>(ECF No. 24) |

On January 29, 2018, Plaintiff filed a form consenting to the jurisdiction of a United States magistrate judge. (ECF No. 22.) On January 30, 2018, an order was signed reassigning the case to the undersigned for all further proceedings in this action. (ECF No. 23.) On January 30, 2018, an order was signed striking the January 29, 2018 consent form (ECF No. 22) from the record because it was unsigned. (ECF No. 24.) However, it has come to the Court's attention that the form was actually signed, but a technological issue caused the signature field to appear to be blank. Therefore, the Court vacates the January 30, 2018 order striking the January 29, 2018 consent form (ECF No. 24). The Court notes that Plaintiff has filed a second form consenting to the jurisdiction of a magistrate judge. (ECF No. 25.)

/ / /

/ / /

/ / /

1

1 | Accordingly, it is HEREBY ORDERED that the January 30, 2018 order striking the January 29, 2018 consent form from the record (ECF No. 24) is VACATED and the case shall proceed before the undersigned and bear the case number 1:17-cv-00086-SAB.

IT IS SO ORDERED.

Dated: **January 31, 2018**

UNITED STATES MAGISTRATE JUDGE